UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MON CHERI BRIDALS, INC., | : | Civil No. 04-1739 (AET) |
| Plaintiff, | : | |
| v. | : | <u>VERDICT SHEET</u> |
| WEN WU, individually, WEN WU d/b/a JACQUELIN BRIDALS, WEN WU d/b/a PRIVATE COLLECTION, WEN WU d/b/a CHRISTINA WU, WEN WU d/b/a LABELLE FASHIONS, WEN WU d/b/a TIFFANY DESIGNS, UNITED WU ENTERPRISES, INC., FORMOSA SUNRISE CORPORATION, MDTW, INC., MIRAGE COLLECTION INC., BERNIE KAITZ, and ABC COMPANIES, 1-10 (fictitious designations), | : | |
| Defendants. | : | |

We, the Jury, reach the following verdict:

## BREACH OF CONTRACT

1. Did Mon Cheri prove by a preponderance of the evidence that Mon Cheri and Mr. Wu and his companies entered into an enforceable contract?

    Yes ✓  No ___

    If you answered "yes," then proceed to question #2. If you answered "no," then skip to question # 5.

2. Did Mr. Wu and his companies breach that contract?

   Yes ✓ No _____

   If you answered "yes," then proceed to question #3. If you answered "no," then skip to question # 5.

3. Did Mr. Wu and his companies' breach cause a loss to Mon Cheri?

   Yes ✓ No _____

   If you answered "yes," then proceed to question #4. If you answered "no," then skip to question # 5.

4. What amount of money will fairly and reasonably compensate Mon Cheri for Mr. Wu and his companies' breach?

   $ __107,000__

   Proceed to question # 5.

## COPYRIGHT INFRINGEMENT

5. Did Mon Cheri prove by a preponderance of the evidence that it owns a valid copyright on the following registrations?

   Dress Style # 21917          Yes ✓ No _____

Dress Style # 22964     Yes __✓__ No _____

Dress Style # 23942     Yes __✓__ No _____

Dress Style # 12930     Yes __✓__ No _____

Dress Style # 14926     Yes __✓__ No _____

Dress Style # 11926     Yes __✓__ No _____

Dress Style # 14637     Yes __✓__ No _____

Dress Style # 13668     Yes __✓__ No _____

Dress Style # 15681     Yes __✓__ No _____

If you answered "no" to any of the above, for those registrations your deliberations are concluded with respect to the claims for copyright infringement and you should proceed to question # 9. If you answered "yes", proceed to # 6.

6. Did Mr. Wu and his companies prove by clear and convincing evidence that Mon Cheri knowingly and intentionally failed to advise the copyright office of facts which might have occasioned the rejection of any of the applications?

Yes _____ No __✓__

If you answered "yes" to # 6, proceed to # 9. If you answered "no" to # 6, proceed to # 7.

7. Did plaintiff prove by a preponderance of the evidence that Mr. Wu and his companies infringed any valid copyright registrations?

# 21917     Yes __✓__ No _____

# 22964     Yes __✓__ No _____

# 23942     Yes __✓__ No _____

| | | |
|---|---|---|
| # 12930 | Yes ✓ | No ___ |
| # 14926 | Yes ✓ | No ___ |
| # 11926 | Yes ✓ | No ___ |
| # 14637 | Yes ✓ | No ___ |
| # 13668 | Yes ✓ | No ___ |
| # 15681 | Yes ✓ | No ___ |

If you answered "yes" to any of the above, proceed to question # 8.

If not, skip to question # 9.

8. What amount of money will fairly and reasonably compensate Mon Cheri for Mr. Wu and his companies' acts of infringement?

$ __107,000.__

Proceed to question # 9.


## UNFAIR COMPETITION ---- PASSING-OFF

9. Did Mon Cheri prove by a preponderance of the evidence that Mr. Wu and his companies passed-off their dresses by fraudulently marketing their dresses as the actual dresses of Mon Cheri?

Yes ✓   No ___

If your answer is "yes", continue to question # 10. If "no", your deliberations are concluded.

10. Did Mr. Wu and his companies' acts of passing-off cause Mon Cheri to suffer damages?

Yes __✓__ No _____

If your answer is "yes", proceed to # 11. If your answer is "no", return to the courtroom, your deliberations are over. Just have the foreperson sign the verdict sheet.

11. What amount of money will fairly and reasonably compensate Mon Cheri for Mr. Wu and his companies' acts of passing-off?

$ __110,000__

Answer the following question # 12 only if you answered "yes" to questions # 9 and # 10.

12. Do you find that Mon Cheri is entitled to punitive damages from Mr. Wu and his companies?

Yes __✓__ No _____

If so, in what amount? $ __375,000__

Date: __4/4/08__