# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**JUDGMENT IN A CIVIL CASE**

MON CHERI BRIDALS, INC.

    Plaintiff,

   -vs-

WEN WU, individually, WEN WU d/b/a JACQUELIN BRIDALS, WEN WU d/b/a PRIVATE COLLECTION, WEN WU d/b/a/ CHRISTINA WU, WEN WU d/b/a LABELLE FASHIONS, WEN WU d/b/a TIFFANY DESIGNS, UNITED WU ENTERPRISES, INC., FORMOSA SUNRISE CORPORATION MDTW, INC., MIRAGE COLLECTION INC., BERNIE KAITZ, AND ABC COMPANIES, 1-10 (fictitious designations)

    Defendants.

Civil 04-1739(AET)

RECEIVED APR 0 8 2008 AT 8:30 WILLIAM T. WALSH CLERK

This action came before the Court for a trial by jury. The issues were tried and the jury rendered its verdict.

The jury returned a verdict for compensatory damages in favor of the plaintiff MON CHERI BRIDALS, INC. and against defendants WEN WU, et al. in the total amount of $324,000 plus punitive damages in the amount of $375,000 for a grand total of $699,000.

Judgment as aforesaid is hereby entered with costs.

DATE April 8, 2008

ANNE E. THOMPSON, U.S.D.J.