UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 09-1239 and 09-1321

———

MON CHERI BRIDALS, INC.

v.

WEN WU, individually; WEN WU d/b/a JACQUELIN BRIDALS;
WEN WU, d/b/a PRIVATE COLLECTION; WEN WU, d/b/a CHRISTINA WU;
WEN WU, d/b/a LABELLE FASHIONS; WEN WU d/b/a TIFFANY COLLECTION;
ABC COMPANIES 1-10, fictitious designations;
FORMOSA SUNRISE CORPORATION;
MDTW, INC.; UNITED WU ENTERPRISES, INC.;
BERNIE KAITZ; MIRAGE COLLECTION, INC.

Wen Wu, individually, and Formosa Sunrise Corporation,
and MDTW and United Wu Enterprises, Inc.,

Appellants in No. 09-1239

Mon Cheri Bridals, Inc.,

Appellant in No. 09-1321

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-04-cv-01739 and
D.C. Civil No. 3-05-cv-05934)
District Judge: Hon. Anne E. Thompson

———

Argued April 14, 2010

BEFORE: FISHER, and COWEN, <u>Circuit Judges</u>,
and DITTER*, <u>District Judge</u>

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on April 14, 2010..

On consideration whereof, it is now here ORDERED AND ADJUDGED that the judgment of the District Court entered on December 22, 2008, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.   Each party to bear its own costs.

                            ATTEST:

                            /s/Marcia M. Waldron
                            Clerk

Dated: June 4, 2010

---

* Honorable J. William Ditter, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.